# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARY A. MASSOTH  
2522 TANGLEWOOD LANE  
ROCKFORD, IL  61114  

SSN-xxx-xx-9192

Case Number: 04-76449

Case filed on: 12/30/2004  
Plan Confirmed on: 4/18/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $32,339.97       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 154.00 | 154.00 | 154.00 | 0.00 |
|  | Total Administration | 154.00 | 154.00 | 154.00 | 0.00 |
| 000 | ATTORNEY DANIEL A CWYNAR | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 026 | ATTORNEY DAVID H CARTER | 487.50 | 487.50 | 487.50 | 0.00 |
|  | Total Legal | 1,687.50 | 1,687.50 | 1,687.50 | 0.00 |
| 999 | MARY A. MASSOTH | 0.00 | 0.00 | 1,764.19 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,764.19 | 0.00 |
| 001 | BANKFIRST/ACTION CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 4,582.51 | 4,582.51 | 4,582.51 | 0.00 |
| 003 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BLUE CROSS BLUE SHIELD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BP AMOCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 1,106.56 | 1,106.56 | 1,106.56 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 9,630.45 | 9,630.45 | 9,630.45 | 0.00 |
| 009 | FIRST CONSUMERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 5,197.57 | 5,197.57 | 5,197.57 | 0.00 |
| 011 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 2,394.55 | 2,394.55 | 2,394.55 | 0.00 |
| 013 | WORLD FINANCIAL NETWORK NATIONAL BANK | 861.04 | 861.04 | 861.04 | 0.00 |
| 014 | LOWE'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NATIONAL CREDIT SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSF HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SHELL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE DISNEY CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 334.45 | 334.45 | 334.45 | 0.00 |
| 024 | MARSHALL FIELD | 1,745.66 | 1,745.66 | 1,745.66 | 0.00 |
| 025 | CAPITAL ONE | 998.52 | 998.52 | 998.52 | 0.00 |
|  | Total Unsecured | 26,851.31 | 26,851.31 | 26,851.31 | 0.00 |
|  | Grand Total: | 28,692.81 | 28,692.81 | 30,457.00 | 0.00 |

Total Paid Claimant:    $30,457.00  
Trustee Allowance:      $1,882.97  
Percent Paid Unsecured:    100.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008            By  /s/Heather M. Fagan